```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 12205
   EVERT HOLMES
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8770


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 04/01/2005 and was confirmed 06/15/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  72.35% from remaining funds.

      The case was paid in full 05/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
IL STATE DISBURSEMENT UN  PRIORITY         4009.79              .00        4009.79
AMERIVOICE TELEPHONE CO   UNSECURED       NOT FILED             .00             .00
ARROW SERVICE BUREAU      UNSECURED       NOT FILED             .00             .00
CAPITAL ONE               UNSECURED OTH    463.70               .00         335.48
CELLULAR ONE CHICAGO      UNSECURED       NOT FILED             .00             .00
CITY OF CHICAGO PARKING   UNSECURED        6135.00              .00        4438.67
COMMONWEALTH EDISON       UNSECURED       NOT FILED             .00             .00
MARLIN INTERGRATED        NOTICE ONLY     NOT FILED             .00             .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED             .00             .00
MCI WIRELESS              UNSECURED       NOT FILED             .00             .00
MIDWESTERN TELECOMMUNICA  UNSECURED       NOT FILED             .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY     NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED           .00               .00             .00
RMA                       UNSECURED       NOT FILED             .00             .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED             .00             .00
SIR FINANCE               UNSECURED       NOT FILED             .00             .00
SPRINT                    UNSECURED       NOT FILED             .00             .00
CALVARY PORTFOLIO SVCS    NOTICE ONLY     NOT FILED             .00             .00
TCF NATIONAL BANK         NOTICE ONLY     NOT FILED             .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY     1,400.00                         1,400.00
TOM VAUGHN                TRUSTEE                                            616.06
DEBTOR REFUND             REFUND                                               4.32

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              10,804.32

PRIORITY                                     4,009.79
SECURED                                          .00
UNSECURED                                    4,774.15

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 12205 EVERT HOLMES
```

```
ADMINISTRATIVE                                              1,400.00
TRUSTEE COMPENSATION                                          616.06
DEBTOR REFUND                                                   4.32
                                    ---------------   ---------------
TOTALS                                    10,804.32         10,804.32
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 08/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```